ENT JS-6

FILED

AUG 2 7 2008

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY O. SANCHEZ, | ) | Case No. CV 08-4925-RSWL   (MLG) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 25, 2008

/ s /
_____
Ronald S.W. Lew
Senior United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 2 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY